UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

Plaintiff,

v.

Case No.:
1:08−cv−04078

Honorable Suzanne
B. Conlon

Missouri Piping, Inc.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

     MINUTE entry before the Honorable Suzanne B. Conlon: Status hearing set for 8/25/2008 at 09:00 AM. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the courts action herein and to forward a copy of the courts procedure guidelines to defendant(s). The standing order on case management procedures is available on the courts website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm or can be picked up from the courtroom deputy in room 1744. Notices mailed by Judicial staff. (wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.