AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, Plaintiffs,

V.

Missouri Piping, Inc., a Missouri corporation, Defendant.

CASE NUMBER: 08 CV 4078

ASSIGNED JUDGE: JUDGE CONLON

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

RECEIVED JUL 31 PM 1:26 CENTRAL STATES LAW DEPARTMENT

TO: (Name and address of Defendant)

Missouri Piping, Inc.,
c/o Alan Joseph Stephens, Registered Agent
370 Brown Road
St. Peters, Missouri 63376

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rebecca K. McMahon
Central States Law Department
9377 West Higgins Road
Rosemont, Illinois 60018-4938

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Nadine Girby*

**(By) DEPUTY CLERK**

**July 17, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me [1] || DATE<br>JULY 22ND, 2008 |
| NAME OF SERVER (PRINT)<br>STORMI L. SMITH / MARICELL + ASSOC. || TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 370 BROWN RD., ST. PETERS, MO, 63376,

BY PERSONAL SERVICE ON LINDSAY STEPHENS, PERSON-IN-CHARGE, 9:12 AM.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 22ND, 2008       *Stormi L. Smith*
             Date                  Signature of Server

2300 W. PORT PLZ. DR. STE 202
ST. LOUIS, MO, 63146
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.