IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.:  08 C 4078 |
| MISSOURI PIPING, INC., a Missouri corporation, | ) ) ) ) | Judge:  Conlon |
| | ) | Magistrate Judge:  Keys |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Missouri Piping, Inc.
c/o Alan Stephens
370 Brown Road
St. Peters, Missouri 63376

PLEASE TAKE NOTICE that on September 9, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorney will appear before the Honorable Suzanne B. Conlon, District Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1743,

F: 272331 / 08110052 / 9/3/08         -1-

Chicago, Illinois, or such other Judge as may be in her stead, and present the attached Plaintiffs' Motion for Entry of Judgment by Default.

          Respectfully submitted,

          /s/ Rebecca K. McMahon
          Rebecca K. McMahon
          Attorney for Plaintiffs
          Central States, Southeast and Southwest Areas
          Pension Fund
          9377 West Higgins Road
          Rosemont, Illinois 60018-4938
          847/518-9800, Ext. 3441

September 4, 2008          ARDC #06290192

## CERTIFICATE OF SERVICE

I, Rebecca K. McMahon, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, certify that on the 4th day of September, 2008, I caused the foregoing Plaintiffs' Motion for Entry of Judgment by Default to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing Notice of Motion and Motion by mailing said documents via overnight delivery to:

Missouri Piping, Inc.
c/o Alan Stephens
370 Brown Road
St. Peters, Missouri 63376

Said documents were deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 4th day of September, 2008.

/s/ Rebecca K. McMahon
Rebecca K. McMahon
One of Central States' Attorneys